UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. POWELL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GARY SANDOR,<br><br>　　　　　　Respondent. | Case No. EDCV 11-1156 JST(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: 1/23/2012

_____
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE